United States District Court
Middle District of Florida
Jacksonville Division

**DANIELA CUEVA &**
**ELIZABETH COLLINS,**

***Plaintiff,***

**v.** **NO. 3:26-cv-1896-WWB-PDB**

**THE HONORABLE DAWN NICHOLS,**

***Defendant.***

---

## Order

The plaintiffs apply to proceed without prepaying fees or costs. Docs. 2, 3.

The fees for opening a civil case are $405. *See* Middle District of Florida Schedule of Fees, www.flmd.uscourts.gov/fees-table (last visited Aug. 10, 2026). A court may authorize a plaintiff to initiate a lawsuit without prepayment of fees if she submits an affidavit showing that she is unable to pay them. 28 U.S.C. § 1915(a)(1); *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1306–07 (11th Cir. 2004). When a court considers an application, the only issue is whether the statements in the financial affidavit satisfy the requirement of poverty. *Martinez*, 364 F.3d at 1307. While a litigant need not show she is "absolutely destitute," she must show an inability "to pay for the court fees and costs, and to support and provide necessities for [her]self." *Id.*

"Every pleading, written motion, and other paper must be signed … by a party personally if the party is unrepresented. … The court must strike an

unsigned paper unless the omission is promptly corrected after being called to the … party's attention." Fed. R. Civ. P. 11(a).

The plaintiffs' applications, Docs. 2, 3, are deficient. According to Elizabeth Collins's application, she earns $3,000 a month from employment, Doc. 2 at 1; earns $12,000 a month from retirement income, Doc. 2 at 2; has $2,600 in cash and approximately $2,600 in bank accounts, Doc. 2 at 2; and pays $2,146 in monthly expenses. Doc. 2 at 4–5. Her income, cash, and money in accounts exceed her monthly expenses by nearly $18,054, thereby failing to show an inability to pay the $405 filing fee. Daniela Cueva's application is unsigned, *see* Doc. 3 at 1, and fails to include the $3,200 gross monthly pay in the income source calculation, *compare* Doc. 3 at 2, *with* Doc. 3 at 1–2.

By **September 3, 2026**, the plaintiffs must either (1) pay the $405 filing fee **or** (2) Collins must show cause why her application to proceed without prepaying fees or costs, Doc. 2, should not be denied for failure to show an inability to pay the court fees, **and** Cueva must file a signed and complete application. The court **directs** the clerk to redact the minor's name from Collins's application, *see* Doc. 2 at 3.

Failure to timely comply with this order may result in a recommendation of dismissal without prejudice.

**Ordered** in Jacksonville, Florida, on August 10, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*

c: Daniela Cueva
2160 Mayport Rd., Apt. 2403
Atlantic Beach, FL 32233

Elizabeth Collins
104 Whittington Dr.
Palm Coast, FL 32164